No. 00–10366. NORTON v. SCHRIRO ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–10368. CHERRY v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–10369. CARTER v. JOHNSTON ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–10370. CARLSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10371. AMUTALLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10372. BOLDWARE v. GOMEZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10374. ETTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–10375. JOHNSON v. DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10376. KENNELL v. ALLEN. C. A. 7th Cir. Certiorari denied.

No. 00–10377. WILLIAMS v. NBD BANK. C. A. 6th Cir. Certiorari denied.

No. 00–10378. WILSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10379. WHITEFORD v. GOLDSTEIN ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–10380. BRIDGETTE v. HILL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10381. BUSTILLOS-MUNOZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–10382. SMITH v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.